# RATH YOUNG PIGNATELLI

R. Terry Parker, Esquire
Attorney-At-Law
rtp@rathlaw.com
**DD** (603) 410-4338

August 17, 2022

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application **GRANTED IN PART**.  The initial pretrial conference scheduled for August 24, 2022, is **adjourned** to **September 21, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.  By **September 14, 2022**, the parties shall file a joint letter and proposed case management plan pursuant to the Court's Order dated July 11, 2022.  The Clerk of Court is respectfully directed to close the motion at Docket No. 6.
>
> Dated: August 18, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re:   August Image, LLC v. Univision Communications Inc.
      Case No.: 22-cv-5290-LGS

Dear Judge Schofield:

   We represent the plaintiff August Image, LLC ("Plaintiff") in the above-referenced lawsuit against the defendant Univision Communications Inc. ("Defendant").  The parties' initial pretrial conference is currently scheduled for August 24, 2022.  *See* ECF No. 5.  We write to request a 60-day adjournment of the conference.  Defendant has agreed to waive service of process pursuant to Rule 4.  Its responsive pleading is due on October 17, 2022.  Plaintiff thus requests that the new date for the conference be set for October 25, 2022.  The parties are hopeful this time may be used to discuss settlement.  This is the first requests for an adjournment or extension of time.  Defendant consents to this request.

                                                   Respectfully submitted,

                                                   */s/ R. Terry Parker*
                                                       R. Terry Parker

cc:  Cynthia S. Arato, Esq. (via ECF)

**National Impact. Uniquely New Hampshire.**

Rath, Young and Pignatelli, P.C.
www.rathlaw.com

One Capital Plaza
Concord, NH 03302-1500
T (603) 226-2600
F (603) 226-2700

20 Trafalgar Square
Nashua, NH 03063
T (603) 889-9952
F (603) 595-7489

120 Water Street, 2nd Floor
Boston, MA 02109
T (617) 523-8080

26 State Street, Suite 9
Montpelier, VT 05602
T (802) 229-8050
F (802) 229-4666