UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC,

                    Plaintiff,

-against-

UNIVISION COMMUNICATIONS INC.,

                    Defendant.

1:22-cv-05290 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court held the initial pretrial conference in this action on January 5, 2023. As stated at that conference:

- IT IS HEREBY ORDERED that the deadline for Plaintiff to move to amend the Complaint is **February 3, 2023**.

- IT IS FURTHER ORDERED that the deadline for the parties to file a new proposed Civil Case Management Plan and Scheduling Order is **February 10, 2023**.

Dated: January 5, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge